UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA RUIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONAGRA FOODS PACKAGED FOODS, LLC,<br><br>　　　　　Defendant. | No.  2:24-cv-02374-DAD-CSK<br><br>AMENDED ORDER RELATING AND REASSIGNING CASES |
| ADRIAN VELASQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONAGRA FOODS PACKAGED FOODS, LLC,<br><br>　　　　　Defendant. | No. 2:25-cv-02249-DJC-SCR<br><br>**New Case No. 2:25-cv-02249-DAD-CSK** |

　　　An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

/////

1    An order relating cases under this court's Local Rule 123 merely assigns them to the same
2 district judge and magistrate judge—it does not consolidate the cases. The local rules of this
3 district authorize the judge with the lowest numbered case to order the reassignment of any higher
4 numbered cases to himself or herself, upon determining that this assignment is likely to effect a
5 savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that
6 Case No. 2:25-cv-02249-DJC-SCR is reassigned to the undersigned and Magistrate Judge Chi
7 Soo Kim. All currently scheduled dates, if any, presently set in Case No. 2:25-cv-02249-DJC-
8 SCR are hereby VACATED. The caption on documents filed in the reassigned case shall be
9 shown as: 2:25-cv-02249-DAD-CSK. It is further ordered that the Clerk of the Court make
10 appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  **October 7, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE